CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WARREN E. LEMONS, | ) |
| | ) |
| Petitioner, | ) 7:10-CR-00083 |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

This case is before the court on the government's motion to dismiss the petitioner's 28 U.S.C. § 2255 motion to vacate. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the government's motion to dismiss is **GRANTED**, that the petitioner's motion to vacate is **DENIED**, and that a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Lemons and to all counsel of record.

ENTER: This 5th day of March, 2013.

_____
Chief United States District Judge